UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

UNITED STATES OF AMERICA
            Plaintiff,

v.                   Case No.: 1:22−cr−00651
                  Honorable Martha M. Pacold

McRay Briscoe Bright, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 11, 2025:

  MINUTE entry before the Honorable Martha M. Pacold: as to McRay Briscoe Bright: Pretrial conference held on 7/11/2025. Defendant's request to reset the trial is denied for the reasons stated on the record. The court will permit the parties to brief defendant's pro se motion to suppress cell site data, [240]. Defendant's counsel shall file any supplement to the motion, along with a copy of the warrant affidavit and the exhibits listed in the motion, see [240] at 18, by 7/14/2025. The Government's response is due by 7/16/2025. Defendant's reply, if any, is due by 7/17/2025. Defendant's first motion in limine, [262], remains under advisement. Defendant's second motion in limine, [277], is granted without objection. Government's motions in limine, [270], numbers 1, 2, 3, 6, 8, and 9 are granted without objection. Government's motions in limine numbers 10 and 11 are granted as to all parties without objection. Government's motion in limine numbers 4 and 5 remain under advisement. Government's motion in limine 7, including the supplement thereto, [284], is granted without objection except as to the Flock Safety license plate reader images. As to the Flock Safety images, the motion remains under advisement, and defendant shall file any objections by 7/14/2025. Government's motion in limine number 12 is granted except as to co−defendants. As to co defendants, the motion remains under advisement. The Government's motion for limited disclosure of defendant's supervised release information, [278], is granted. The Government's motion to transport firearm related evidence, [279], is granted. Enter order. The pretrial conference is continued to 7/18/2025 at 9:00 a.m. in Courtroom 2325. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.